**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DAMARION TYRELL FORD**                                                    **PLAINTIFF**
**ADC #107168**

**v.**                                    **CASE NO. 4:26-cv-00426-BSM**

**TIMOTHY BECKHAM, Chief**
**Public Defender**                                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

DATED this 30th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE